UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND, <br><br> Plaintiff, <br><br> vs. <br><br> DEPARTMENT OF CORRECTIONS AND REHABILITATION, <br><br> Defendant. | No. 1:19-cv-01496-NONE-GSA-PC <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CASE WITH PREJUDICE, IN ACCORDANCE WITH THE SETTLEMENT AGREEMENT IN *BLAND V. BADGER*, 1:19-cv-0702-DAD-EPG, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE <br><br> (Doc. No. 16.) |

Plaintiff, Joshua Davis Bland, is a state prisoner proceeding *pro se* with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 23, 2021, findings and recommendations were issued, recommending that this case be dismissed, with prejudice, in accordance with the settlement agreement in *Bland v. Badger*, 1:19-cv-0702-DAD-EPG.  (Doc. No. 16.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (*Id*.)  The fourteen-day time period has expired, and plaintiff has not filed objections or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on April 23, 2021, (Doc. No. 16), are adopted in full;

2. This action is dismissed, with prejudice, in accordance with the settlement agreement in *Bland v. Badger*, 1:19-cv-0702-DAD-EPG; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**May 28, 2021**__                    _____
                                               UNITED STATES DISTRICT JUDGE